IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEWAYNE PAUL DISXON                                                              PLAINTIFF

v.                                          Civil No. 6:19-cv-06093

ANDREW SAUL
Commissioner, Social Security Administration                                     DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed December 30, 2019 (ECF No. 13) by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Judge Bryant recommends the Motion to Dismiss filed by Defendant (ECF No. 8) be GRANTED. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Defendant's Motion to Dismiss (ECF No. 8) should be and hereby is GRANTED, and Plaintiff's Complaint is DISMISSED.

**IT IS SO ORDERED** this 14th day of January 2020.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE